**CAROL ANN MOSES  #164193**
Attorney at Law
7636N. Ingram Ave., #104
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530

Attorney for Defendant, CHRISTOPHER VALDEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-cr-00329-DAD-BAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE TRIAL DATES** |
| JESSE MENDOZA, et al., | |
| Defendants. | |

   **IT IS HEREBY STIPULATED** by and between the Defendant, CHRISTOPHER

VALDEZ, his attorney of record, CAROL ANN MOSES, Assistant U.S. Attorney, MELANIE L.

ALSWORTH, NICHOLAS ANTHONY CAPOZZI, Attorney for defendant CECILIO ALANIZ,

YAN SHRAYBERMAN, Attorney for defendant ROXANA DODIER, and MARK A.

BROUGHTON, Attorney for defendant JESSE MENDOZA that the trial in the above-captioned

matter currently scheduled for March 27, 2018 be continued until June 19, 2018.

   Defense counsel for Christopher Valdez is new to the case. The discovery is voluminous

and she needs more time for case investigation, preparation, and settlement negotiation. Assistant

United States Attorney Melanie L. Alsworth and all Defense Counsel have agreed to this

proposed continuance.

///

///

It is further agreed that time is excluded pursuant to the provisions of the Speedy Trial Act due to the need for adequate representation of the defendants, case investigation, preparation, and settlement negotiation.

Dated:  February 15, 2018

/s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant,
CHRISTOPHER VALDEZ

Dated:  February 15, 2018

/s/ Nicholas Anthony Capozzi
NICHOLAS ANTHONY CAPOZZI
Attorney for Defendant,
CECILIO ALANIZ

Dated: February 15, 2018

/s/ Yan Shrayberman
YAN SHRAYBERMAN
Attorney for Defendant,
ROXANA DODIER

Dated: February 15, 2018

/s/ Mark A. Broughton
MARK A. BROUGHTON
Attorney for Defendant,
JESSE MENDOZA

Dated:  February 15, 2018

/s/ Melanie L. Alsworth
MELANIE L. ALSWORTH
Assistant U.S. Attorney

///
///
///
///
///
///
///
///
///
///

## **ORDER**

The court has reviewed and considered the stipulation of the parties to continue the trial in this case. Good cause appearing, the trial confirmation hearing as to Jesse Mendoza (1), Roxana Dodier (2), Christopher Valdez (3), and Cecilio Alaniz (4) currently set for March 12, 2018, is continued to **June 4, 2018, at 10:00am.** The jury trial currently set for March 27, 2018, is continued to **June 19, 2018, at 1:00pm.** The time period between March 27, 2018 and June 19, 2018 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: __**February 16, 2018**__ _____
UNITED STATES DISTRICT JUDGE