**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
JESSE MENDOZA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>JESSE MENDOZA et al.,<br><br>      Defendant. | Case No.: 1:15-CR-00329-DAD-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE** |

Plaintiff, United States of America, by and through its counsel of record, and Defendants, by and through their attorneys of record, hereby stipulate as follows:

    1.    Pre-trial motions currently due on September 17, 2018, shall be continued to September 24, 2018. Responsive motions currently due on September 24, 2018, shall be continued to October 1, 2018. Replies currently due on October 5, 2018, shall be continued to October 9, 2018.

    2.    The Government does not oppose the continuance.

///

///

///

IT IS SO STIPULATED.

|   |   |   | Respectfully submitted, |
|---|---|---|---|
| Dated: | September 13, 2018 | By: | */s/Melanie L. Alsworth* |
|   |   |   | MELANIE L. ALSWORTH |
|   |   |   | Assistant United States Attorney |

| Dated: | September 13, 2018 | By: | */s/Anthony P. Capozzi* |
|---|---|---|---|
|   |   |   | ANTHONY P. CAPOZZI |
|   |   |   | Attorney for JESSE MENDOZA |

| Dated: | September 13, 2018 | By: | */s/Carol A. Moses* |
|---|---|---|---|
|   |   |   | CAROL A. MOSES |
|   |   |   | Attorney for CHRISTOPHER VALDEZ |

## **ORDER**

The court has reviewed and considered the stipulation of the parties to continue the briefing schedule in this case. Good cause appearing, the current briefing schedule as to the above-named defendants is hereby amended as follows: pretrial motions are due on September 24, 2018, responses are due on October 1, 2018, and replies are due on October 9, 2018. The motions hearing will remain as previously scheduled on Monday, October 15, 2018, at 1:30 p.m. in courtroom 5 before District Judge Dale A. Drozd. Time has previously been excluded in this action to December 11, 2018. (*See* Doc. No. 76.)

IT IS SO ORDERED.

Dated: **September 13, 2018**

UNITED STATES DISTRICT JUDGE