**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
JESSE MENDOZA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JESSE MENDOZA and CHRISTOPHER VALDEZ,<br><br>　　　　Defendants. | Case No.: 1:15-CR-00329-DAD-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE MOTIONS HEARING**<br><br>**Date: October 15, 2018**<br>**Time: 10:30 a.m.**<br>**Courtroom: 8**<br>**Hon. Barbara A. McAuliffe** |

　　　　Plaintiff, United States of America, by and through its counsel of record, and defendants, by and through their counsels of record, hereby stipulate as follows:

　　　　1.　　By previous order, this matter was set for a Motions Hearing on October 15, 2018, at 10:30 a.m.

　　　　2.　　By this stipulation, defendants now move to continue the Motions Hearing to **November 1, 2018, at 10:00 a.m.** and to exclude time between October 15, 2018, and November 1, 2018, under 18 U.S.C.§ 3161(h)(7)(A), B(iv). Plaintiff does not oppose this request.

　　　　3.　　The parties agree and stipulate, and request that the Court find the following:

　　　　　　a.　　By order of the court all pre-trial discovery motions were to be filed on

September 24, 2018, all responsive motions were to be filed on October 1, 2018, and all reply motions to be filed on October 9, 2018.

      b.      The court issued a minute order on October 9, 2018, requesting that counsel meet and confer before October 11, 2018, and that said counsel is to notify the court clerk of any remaining issues no later than 10:00 a.m. on October 11, 2018.

      c.      Defense counsel Capozzi will be out of the state beginning on October 10, 2018, and will be returning on October 14, 2018. He needs additional time to meet and confer with co-counsel and the government regarding the filed discovery motions.

      d.      The government does not object to the continuance.

      e.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 15, 2018, to November 1, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

                                Respectfully submitted,

Dated:     October 10, 2018     By:   */s/Melanie L. Alsworth*
                                              MELANIE L. ALSWORTH
                                              Assistant United States Attorney

Dated:     October 10, 2018     By:   */s/Anthony P. Capozzi*
                                              ANTHONY P. CAPOZZI
                                              Attorney for JESSE MENDOZA

| Dated: | October 10, 2018 | By: | */s/Carol A. Moses* |
|---|---|---|---|
| | | | CAROL A. MOSES |
| | | | Attorney for CHRISTOPHER VALDEZ |

## **ORDER**

The court has reviewed and considered the stipulation of the parties to continue the motions hearing in this case. Good cause appearing, the current motions hearing is hereby continued from October 15, 2018 to November 1, 2018, at 10:00 a.m. before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated: **October 10, 2018**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE