| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | MELANIE L. ALSWORTH<br>KIMBERLY A. SANCHEZ |
| 3 | Assistant United States Attorney<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, CA 93721<br>Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4099 |

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSE MENDOZA,<br><br>Defendant. | No. 1:15-CR-00329 DAD<br><br>STIPULATION TO CONTINUE SENTENCING |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Anthony Capozzi, attorney for defendant, that the sentencing set for, February 11, 2019, at 10:00 am before the Honorable Dale A. Drozd, U.S. District Court Judge, be continued to February 25, 2019 at 10:00 a.m. Ms. Alsworth, who is handling this matter, has been out of the office for an extended period of time

///

///

///

///

///

1

due to a family emergency, and needs additional time to review the Presentence Report and submit informal objections, if appropriate. Defense does not object to this request.

Dated: January 23, 2019                               Respectfully submitted,

                                                    McGREGOR W. SCOTT
                                                  United States Attorney

                                      By     /s/ Kimberly A. Sanchez
                                                KIMBERLY A. SANCHEZ
                                                Assistant U.S. Attorney

Dated: January 23, 2019                               /s/ Anthony Capozzi
                                                    ANTHONY CAPOZZI
                                                    Attorney for Defendant

## **O R D E R**

For the reasons stated in the parties' stipulation, the sentencing hearing scheduled for Feburary 11, 2019, at 10:00 a.m. is hereby continued to Feburary 25, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **January 23, 2019**                             _Dale A. Drozd_
                                                                         UNITED STATES DISTRICT JUDGE