McGREGOR W. SCOTT
United States Attorney
MELANIE L. ALSWORTH
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JESSE MENDOZA,<br><br>    Defendant. | No. 1:15-CR-00329 DAD<br><br>STIPULATION TO CONTINUE SENTENCING; and ORDER |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Melanie L. Alsworth, Assistant U.S. Attorney, and Anthony Capozzi, attorney for defendant, that the sentencing set for, February 25, 2019, at 10:00 am before the Honorable Dale A. Drozd, U.S. District Court Judge, be continued to March 11, 2019 at 10:00 a.m.

///

///

///

///

///

1

1    Government Counsel was out of the office for an extended period of time due to a family
2    emergency, and was unable to submit informal objections to the Presentence Report until January
3    29, 2019.  Nisha Modica, United States Probationer Officer, advised counsel on February 4, 2019,
4    that she requires additional time to review the documentation in support of the information
5    objections and to revise the Presentence Report, if necessary.  Defense counsel does not object to
6    this request.

    Counsel, therefore, stipulate to the following revised schedule:

    1. Informal objections having been made, the final Presentence Report will be provided to the parties on or before February 19, 2019;
    2. Formal objections to the Presentence Report will be filed on or before February 28, 2019; and
    3. The sentencing in this matter should be rescheduled to March 11, 2019 at 10:00 a.m.

                                                    Respectfully submitted,

    Dated: February 4, 2019                         McGREGOR W. SCOTT
                                                    United States Attorney

                                            By      /s/ Melanie L. Alsworth
                                                    MELANIE L. ALSWORTH
                                                    Assistant U.S. Attorney

    Dated: February 4, 2019                         /s/ Anthony Capozzi
                                                    ANTHONY CAPOZZI
                                                    Attorney for Defendant

                                    **O R D E R**

    GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the sentencing hearing set for Monday, February 25, 2019 at 10:00 a.m. before the Honorable Dale A. Drozd be continued to Monday, March 11, 2019, at 10:00 a.m.

    IT IS SO ORDERED.

    Dated:   **February 4, 2019**                   _____
                                                    UNITED STATES DISTRICT JUDGE